# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

TERRY L. DUNN-FISCHER, individually, and the
parent and next friend of A.D.F., a minor,

                     Plaintiff,

-vs-                                         Case No.  2:10-cv-512-FtM-29SPC

DISTRICT SCHOOL BOARD OF COLLIER
COUNTY, DR. VICTORIA SARTORIO,
individually, DR. ELIZABETH MCBRIDE,
individually, FLORIDA DEPARTMENT OF
EDUCATION, LAURENCE RUBLE, individually,
BRIAN CASTELLANI, individually, FLORIDA
DEPARTMENT OF ADMINISTRATIVE
HEARINGS,

                     Defendants.

_____

## ORDER

    This matter comes before the Court on Plaintiff's Motion Requesting Leave to File Addendum to Complaint (Doc. #37) filed on December 2, 2010.  Also before the Court is Defendants' Motion for Protective Order and Motion for Stay (Doc. #34) filed on November 18, 2010.  Having reviewed Plaintiff's Motion, the Court finds that she is requesting leave to amend her complaint and add new exhibits to her complaint.  Therefore, the Court will construe the Motion as a Motion to Amend Complaint.

    The Court notes at the outset that the exhibits attached to Plaintiff's original Complaint (Doc. #1), contain sensitive information, namely, the full name of the minor Plaintiff as well as other identifiers which are sensitive.  Therefore, the Court will direct the Clerk of Court to remove the

exhibits (Doc. #1-3) from the CM/ECF filing system with a notation that they have been removed due to the sensitive nature of the documents. These exhibits will be available in the clerk's office and shall be maintained in a file for this case.

The Court will allow the filing of Plaintiff's Amended Complaint. The Court accepts Exhibits A-Q from Plaintiff's original complaint as incorporated by reference into Plaintiff's Amended Complaint. The Court notes though that the exhibits attached to Plaintiff's Motion for Leave to file Addendum to Complaint also contain the full name of the minor. These documents will not be electronically filed in the CM/ECF system but will be noted as containing sensitive information, but will be available in the clerk's office.

In light of the fact that the Court has allowed Plaintiff to file an Amended Complaint, the two pending motions to dismiss (Docs. #27, 29) will be moot. Given that the motions to dismiss are now moot, Defendants' Motion for Stay of this case, which requests that the case be stayed pending a ruling on Defendants' motions to dismiss, will also be denied as moot and without prejudice for leave to refile if and when another motion to dismiss the amended complaint is filed.

Plaintiff is advised that in the future all sensitive information, such as the full name and date of birth of the minor, must be redacted prior to filing.

Accordingly, it is now

**ORDERED:**

(1)    Plaintiff's Motion Requesting Leave to File Addendum to Complaint (Doc. #37) is **GRANTED**. The Clerk of Court is directed to file Plaintiff's First Amended Complaint entitled "Addendum/Supplement to Complaint" in the CM/ECF system under separate docket entry as Plaintiff's First Amended Complaint. The Exhibits to the First Amended Complaint shall be maintained in the clerk's office.

(2)      The Clerk of Court is directed to remove Exhibits A-Q from (Doc. #1-3) from the CM/ECF system.

(3)       Defendants' Motion for Protective Order and Motion for Stay (Doc. #34) is **DENIED as moot and without prejudice**.

(4)      Defendant's District School Board of Collier County, Dr. Victoria Sartorio, Dr. Elizabeth McBride, Laurence Ruble, and Brian Castellani's Motion to Dismiss (Doc. #27) is **DENIED as moot.**

(5)      Defendants Florida Department of Education and Florida Division of Administrative Hearings' Motion to Dismiss (Doc. #29) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this   3rd   day of December, 2010.


SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record