UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY L. DUNN-FISCHER, individually, and the
parent and next friend of A.D.F., a minor,

    Plaintiff,

-vs-                                           Case No.   2:10-cv-512-FtM-29SPC

DISTRICT SCHOOL BOARD OF COLLIER
COUNTY, DR. VICTORIA SARTORIO,
individually, DR. ELIZABETH MCBRIDE,
individually, FLORIDA DEPARTMENT OF
EDUCATION, LAURENCE RUBLE, individually,
BRIAN CASTELLANI, individually, FLORIDA
DEPARTMENT OF ADMINISTRATIVE
HEARINGS,

    Defendants.
_____

**ORDER**

This matter comes before the Court on periodic review.  On February 23, 2011 (Doc. #52), this Court stayed this case for a period of 30 days to allow Plaintiff to obtain counsel to represent her minor child.  On March 21, 2011, this Court extended the stay through April 21, 2011 (Doc. #55).  Thereafter, Plaintiff was granted leave to file a Second Amended Complaint (Doc. #61), which claims to bring this lawsuit on behalf of herself only.[1]   Therefore, the stay of this case is due to be lifted.

Accordingly, it is now

---

[1] The Court is making no determination at this time as to the viability of Plaintiff's claims included in her Second Amended Complaint, including whether such claims would survive a motion to dismiss.

**ORDERED:**

The stay of this case previously entered by this Court is hereby lifted. The Clerk of Court is directed to lift the stay previously set in this case.

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of May, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record