UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY L. DUNN-FISCHER, individually, and the
parent and next friend of A.D.F., a minor,

                    Plaintiff,

-vs-                                            Case No.  2:10-cv-512-FtM-29SPC

DISTRICT SCHOOL BOARD OF COLLIER
COUNTY, DR. VICTORIA SARTORIO,
individually, DR. ELIZABETH MCBRIDE,
individually, FLORIDA DEPARTMENT OF
EDUCATION, LAURENCE RUBLE, individually,
BRIAN CASTELLANI, individually, FLORIDA
DEPARTMENT OF ADMINISTRATIVE
HEARINGS,

                    Defendants.
_____

**ORDER**

      This matter comes before the Court on Defendants' Amended Joint Third Motion for Protective Order and Motion to Stay (Doc. #74) filed on August 28, 2011.  All Defendants jointly move for the entry of a protective order to protect them from participating in discovery, including but not limited to Mandatory Initial Disclosures, until such time as this Court disposes of all pending Motions to Dismiss (Docs. #66, 69).  Further, Defendants move for a stay of all proceedings in this matter, including discovery, pending the resolution of all pending Motions to Dismiss.

      In deciding whether to stay discovery pending resolution of a motion to dismiss, the court must balance the harm produced by a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery. McCabe v. Foley, 233 F.R.D. 683, 685 (M.D. Fla. 2006) (citation omitted).  The Court finds that in light of the jurisdictional and dispositive

nature of the arguments presented in the motions to dismiss, protection against discovery and a stay of the proceedings is appropriate at this time.

Accordingly, it is now

**ORDERED:**

(1)     Defendants' Amended Joint Third Motion for Protective Order and Motion to Stay (Doc. #74) is **GRANTED**. Defendants are protected from participating in discovery in this matter. (Docs. #66, 69).

(2)     This matter is **STAYED** pending a final ruling by the District Court on the pending Motions to Dismiss (Docs. #66, 69).

**DONE AND ORDERED** at Fort Myers, Florida, this  30th   day of August, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record