UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY L. DUNN-FISCHER, individually, and the
parent and next friend of A.D.F., a minor,

           Plaintiff,

-vs-                                                  Case No.  2:10-cv-512-FtM-29SPC

DISTRICT SCHOOL BOARD OF COLLIER
COUNTY,

           Defendant.
_____

**ORDER**

This matter comes before the Court on Defendant's Motion to Stay Filing of Answer to Second Amended Complaint Pending Plaintiff's Filing of Third Amended Complaint (Doc. #86) filed on October 14, 2011.  Also before the Court is Plaintiff's Motion Requesting Leave to File Amended Complaint (Doc. #87) filed on October 17, 2011.

On October 19, 2011, this Court held a telephone conference with the Parties to discuss the issues raised in the instant Motions.  For the reasons stated during the conference, Plaintiff's Motion Requesting Leave to File Amended Complaint is due to be denied as this Court has completed its Report and Recommendation and the Honorable John E. Steele has adopted those findings which narrowed the issues left for the Court's consideration.  The Court finds that there is no need to amend the complaint to "clarify" the issues, as the Plaintiff requests.  Since there will be no third amended complaint filed, Defendant's Motion to Stay Filing of Answer to Second Amended Complaint Pending Plaintiff's Filing of Third Amended Complaint is due to be denied and Defendant shall have

up to and including November 3, 2011 to respond to Plaintiff's Second Amended Complaint, which is the operative Complaint in this matter.

Accordingly, it is now

**ORDERED:**

(1)   Defendant's Motion to Stay Filing of Answer to Second Amended Complaint Pending Plaintiff's Filing of Third Amended Complaint (Doc. #86) is **DENIED**.

(2)   Plaintiff's Motion Requesting Leave to File Amended Complaint (Doc. #87) is DENIED.

(3)   Defendant shall have up to and including **November 3, 2011** to respond to Plaintiff's Second Amended Complaint, which is the operative Complaint in this matter.

(4)   The Court will issue a scheduling order which will govern the dates for the briefing of this matter in due course.

**DONE AND ORDERED** at Fort Myers, Florida, this   20th   day of October, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record