UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY L. DUNN-FISCHER,
individually, and the parent and next
friend of A.D.F., a minor

     Plaintiff,

v.                                                    Case No: 2:10-cv-512-FtM-29CM

DISTRICT SCHOOL BOARD OF
COLLIER COUNTY,

     Defendant.

## ORDER

Before the Court is Plaintiff's Second Request and Motion to Request Court Assistance to Receive a Copy of the Lower Level File and Motion to Toll the Time Line to Answer Defendant's Motion for Summary Judgment ("Second Motion") (Doc. 182), filed on December 24, 2014,[1] and Plaintiff's Motion Requesting an Extension of Time to Answer in Opposition of Defendant's Motions for Summary Judgement [sic] and Notice of Relocation/Change of Address ("Motion for Extension") (Doc. 183), filed on December 29, 2014. Plaintiff requests the Court's assistance obtaining a copy of the administrative record filed by Defendant[2] and an extension of the time for

---

[1] Plaintiff's original Motion to Request Court Assistance to Receive a Copy of the Lower Level File and Motion to Toll the Time Line to Answer Defendant's Motion for Summary Judgment (Doc. 177) will be denied as moot.

[2] The filing to which Plaintiff refers is Doc. 89, which is identified on the docket as a "Certified Copy of administrative record." The actual document, however, was not filed. Instead, a Middle District of Florida form indicating that the attachments – in this case, the administrative record – were not scanned, and directing the reader to "please refer to court

responding to Defendant's motion for summary judgment until forty-five (45) days after she receives a copy of the administrative record. Defendant filed a Response in opposition to Plaintiff's Second Motion and Motion for Extension, noting that Plaintiff did not request a copy of the administrative record at the time it was filed by Defendant in 2011 and, as a party to the administrative proceedings, Plaintiff also should have all the documentation she needs to formulate a response to the motion for summary judgment. Doc. 184. Moreover, Defendant argues, Plaintiff has "filed hundreds of pages of complaint materials replete with (a) administrative case facts; (b) case exhibit attachments; and (c) extensive case law references." *Id.* at 1.

Defendant filed its Motion for Judgment on the Record, which Plaintiff refers to as Defendant's motion for summary judgment, on November 12, 2014. Doc. 171. Throughout that motion, Defendant cites to the administrative record and exhibits thereto. Thus, the Court agrees with Plaintiff that a copy of the administrative record – in the exact form as referenced in Defendant's Motion – will facilitate her ability to adequately respond to the Motion, which, in turn, also will facilitate the Court's review and resolution of Defendant's Motion for Judgment on the Record. Defendant therefore is ordered to provide Plaintiff with a certified copy of the administrative record, as submitted to the Court and memorialized by the filing at Doc. 89.

Plaintiff also requests that the Court toll the time for filing her response to Defendant's Motion for Judgment on the Record until such time as she is able to

---

file." *See* Doc. 89-1.

review the administrative record and incorporate same into her response as necessary.  Doc. 183.[3]  Currently, Plaintiff's response to Defendant's Motion for Judgment on the Record is due January 15, 2015.  Doc. 176.  Because Plaintiff, upon receiving a copy of the administrative record, likely will need additional time to complete her review, the Court finds that a brief extension is appropriate.  Plaintiff will be permitted until January 30, 2015 to file her response to Defendant's Motion for Judgment on the Record.  The Court emphasizes, however, that all other deadlines previously extended by this Court remain unchanged.  See Doc. 176.  Plaintiff also may view the administrative record on file in the Clerk's Office during normal business hours if she wishes to begin preparing her response before receiving the copy Defendant is now ordered to provide.

ACCORDINGLY, it is hereby

**ORDERED:**

1.   Plaintiff's Second Request and Motion to Request Court Assistance to Receive a Copy of the Lower Level File and Motion to Toll the Time Line to Answer Defendant's Motion for Summary Judgment (Doc. 182) is **GRANTED**.  Defendant is directed to provide Plaintiff with a certified copy of the administrative record referenced by Doc. 89 on or before **January 12, 2015**.

---

[3] The Motion for Extension does not contain a certification pursuant to Local Rule 3.01(g).  Plaintiff again is reminded of her Local Rule 3.01(g) obligation to include *in each motion* a certification stating that she contacted opposing counsel and whether opposing counsel opposes the request.

2. Plaintiff's Motion Requesting an Extension of Time to Answer in Opposition of Defendant's Motions for Summary Judgement [sic] (Doc. 183) is **GRANTED IN PART**. The deadline for Plaintiff to file a response to Defendant's Motion for Judgment on the Record (Doc. 171) is extended up to and including **January 30, 2015. All other deadlines set forth in the Court's prior Order (Doc. 176) remain unchanged.**

3. Plaintiff's original Motion to Request Court Assistance to Receive a Copy of the Lower Level File and Motion to Toll the Time Line to Answer Defendant's Motion for Summary Judgment (Doc. 177) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 6th day of January, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
*Pro se* Plaintiff