UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY L. DUNN-FISCHER,
individually, and the parent and next
friend of A.D.F., a minor

    Plaintiff,

v.

Case No: 2:10-cv-512-FtM-29CM

DISTRICT SCHOOL BOARD OF
COLLIER COUNTY,

    Defendant.

## ORDER

Before the Court is Defendant's Notice of Filing of CD of Administrative Record and Request to Seal the CD (Doc. 206). On August 22, 2016, Defendant filed a notice with the Court stating that it was filing a copy of a CD that contained the administrative record received from the State of Florida Division of Administrative Hearings ("DOAH"). Doc. 206. Defendant stated that it would overnight to the Clerk the CD along with a partial index to the administrative record. *Id.* Defendant also stated that the CD contained personal and confidential student records and requested that it be placed under seal. *Id.* The Court received the CD and the partial index on August 23, 2016.

Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is

necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.  The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Defendant has sufficiently identified and described the documents proposed for sealing and sufficiently explained that filing the documents under seal is necessary.  The partial index, however, does not contain any confidential or sensitive information and Defendant has not requested that the index be sealed.  Accordingly, the index will be filed on the docket.

ACCORDINGLY, it is hereby

**ORDERED:**

1.   Defendant's Notice of Filing of CD of Administrative Record and Request to Seal the CD (Doc. 206) is **GRANTED**.

2.   The Clerk is directed to place the CD of the administrative record received from the State of Florida Division of Administrative Hearings under seal.

3.   The Clerk is directed to file a copy of the partial index accompanying the administrative record on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on this 24th day of August, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record