UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY L. DUNN-FISCHER,
individually, and the
parent and next friend of
A.D.F., a minor,

       Plaintiff,

v.                              Case No: 2:10-cv-512-FtM-29CM

DISTRICT SCHOOL BOARD OF
COLLIER COUNTY,

       Defendant.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #213), filed November 16, 2016, recommending that the District School Board of Collier County's (District) Motion for Judgment on the Record and Incorporated Memorandum of Law be granted, judgment be entered in favor of the District, and the Final Order of the Administrative Law Judge be affirmed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th

Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.  The Court notes that on October 5, 2011, this Court entered an Opinion and Order adopting a Report and Recommendation of the magistrate judge and dismissing defendants Laurence Ruble, Brian Castellani, Dr. Victoria Sartortio, and Dr. Elizabeth McBride, and all claims against them, without prejudice; dismissing all claims against the Collier County School Board, except for plaintiff's claim for reimbursement under the IDEA; and dismissing all claims against defendants Florida Department of Education and Florida Division of Administrative Hearings

with prejudice.  (Doc. #82.)  The Court also directed the Clerk to enter judgment dismissing Florida Department of Education and Florida Division of Administrative Hearings with prejudice, but to withhold the entry of judgment as to the other defendants (Laurence Ruble, Brian Castellani, Dr. Victoria Sartortio, and Dr. Elizabeth McBride).  (Id.)  Accordingly, this Opinion and Order only decides the remaining claim for reimbursement (Count III) (see Doc. #82, p. 3; Doc. #137, pp. 8-9, 11), however judgment will now be entered on all claims.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #213) is hereby **adopted** and the findings incorporated herein.

2.   Defendant's Motion for Judgment on the Record (Doc. #171) is **GRANTED**.

3.   The Final Order of the ALJ is **AFFIRMED**.

4.   Accordingly, the Clerk shall enter judgment affirming the Final Order of the ALJ, in favor of defendant District School Board of Collier County as to Count III, and in favor of the defendant District School Board of Collier County on the remaining counts and in favor of the individual defendants pursuant to the Court's October 5, 2011 Opinion and Order (Doc.

#82); terminate all pending motions and deadlines; and close the file.

   **DONE and ORDERED** at Fort Myers, Florida, this __13th__ day of December, 2016.


                                    _____
                                    JOHN E. STEELE
                                    SENIOR UNITED STATES DISTRICT JUDGE


Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties